**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Toye Dewayne COPELAND,**
**Defendant–Appellant.**

No. 08–17171
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 27, 2009.

Toye Dewayne Copeland, Coleman, FL, pro se.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Toye Dewayne Copeland in this appeal from the district court's order denying relief under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED.**